In the Matter of the Application of JOHN C. HERTLE et al., as Commissioners of Accounts of the City of New York, Respondents, for a Warrant for the Arrest and Committal of JOHN F. AHEARN, Appellant.

In the Matter of the Application of JOHN C. HERTLE et al., as Commissioners of Accounts of the City of New York, Respondents, for a Warrant for the Arrest and Committal of GEORGE R. OLNEY, Appellant.

In the Matter of the Application of JOHN C. HERTLE et al., as Commissioners of Accounts of the City of New York, Respondents, for a Warrant for the Arrest and Committal of GEORGE F. SCANNELL, Appellant.

In the Matter of the Application of JOHN C. HERTLE et al., as Commissioners of Accounts of the City of New York, Respondents, for a Warrant for the Arrest and Committal of WILLIAM H. WALKER, Appellant.

*Matter of Hertle (In re Ahearn)*, 120 App. Div. 717, affirmed.
*Matter of Hertle (In re Olney)*, 120 App. Div. 728, affirmed.
*Matter of Hertle (In re Scannell)*, 120 App. Div. 728, affirmed.
*Matter of Hertle (In re Walker)*, 120 App. Div. 728, affirmed.
(Submitted October 7, 1907; decided December 10, 1907.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the

first judicial department, entered July 15, 1907, which affirmed an order of Special Term granting a motion for an order directing the appellants to answer certain questions propounded to them by the petitioners and directing their apprehension and commitment in the event of their failure to obey said order.

*Martin W. Littleton* for appellants.

*Francis K. Pendleton, Corporation Counsel* (*Terence Farley* of counsel), for respondents.

Orders affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.